York, on the relation of Kate Murphy, against George C. Clausen, as commissioner. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. PETTIT v. KANE, Com'r, et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Proceedings by the people of the state of New York, on the relation of James V. Pettit, against James Kane, as commissioner, and others. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

PEOPLE ex rel. SEAL, Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Proceedings by the people of the state of New York, on the relation of Joseph Seal, against the New York, Chicago & St. Louis Railroad Company. No opinion. Judgment and order affirmed, with costs.

PHILIPS v. McINTOSH. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by Charles Philips against Burr W. McIntosh. No opinion. Motion denied, with $10 costs.

PIERSON, Appellant, v. HILL, Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by Arthur S. Pierson against Caleb B. Hill. No opinion. Judgment unanimously affirmed, with costs.

PORCELLA, Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Gochino Porcella, as, etc., against the New York, Chicago & St. Louis Railroad Company. No opinion. Judgment and order affirmed, with costs.

REES, Appellant, v. LEONARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by William H. Rees, as trustee, etc., against Anson A. Leonard and another.

PER CURIAM. Judgment affirmed, with costs. The admission of the assessment rolls in evidence, even if error, was not sufficiently prejudicial to require a reversal.

RICH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Margaret M. Rich, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except DAVY, J., dissenting upon the ground that the evidence warranted the submission to the jury of the questions of the defendant's negligence and the freedom from contributory negligence of the plaintiff's intestate.

RIVOIR, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Charles F. Rivoir against the Metropolitan Street Railway Company. C. F. Brown, for appellant. J. I. Green, for respondent.

PER CURIAM. Upon the respondent's stipulating to reduce judgment to $5,407.44, the same including costs and allowance, the judgment as so reduced and the order will be affirmed, without costs. If such stipulation be not given, judgment and order reversed, and new trial ordered, with costs to appellant to abide event.

ROCHESTER SAV. BANK v. BAILEY et al. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by the Rochester Savings Bank against Catharine F. Bailey and another. No opinion. Order affirmed, with $10 costs and disbursements.

ROLSTON et al., Appellants, v. VAN SLYKE, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by William H. Rolston and another against Evert Van Slyke, as administrator. N. Heinsheimer, for appellants. G. W. Van Slyck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENBLUM, Appellant, v. LIEBOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Robert Rosenblum, as agent, against Philip Liebowitz. No opinion. Judgment of the municipal court affirmed, with costs.

ROSENTHAL, Appellant, v. RUDNICK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Charles Rosenthal against Jacob Rudnick and another. No opinion. Motion to dismiss appeal denied, with $10 costs.

RUDD v. KING et al. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by George Rudd against John King and others, as receivers of Union Steamboat Company.

PER CURIAM. Ordered that the motion for new trial upon exceptions, ordered to be heard in the appellate division in the first instance, be, and the same is hereby, denied for want of prosecution, with costs, and that the judgment be entered upon the verdict.

In re SACK. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) In the matter of the judicial settlement of the accounts of Mary S. Sack, as guardian of the estate of Rosa E. Freeland. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

SAMPSON, Respondent, v. KOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action

by William B. Sampson against Pauline Koster. No opinion. Judgment and order affirmed, with costs.

SCANLON, Appellant, v. VILLAGE OF WEEDSPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by John Scanlon against the village of Weedsport.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to set aside the verdict denied, with $10 costs. The defendant, because of its proceedings taken by it subsequent to the rendition of said verdict, and of its delay in making said motion, waived and lost its right, if it had any, to have said verdict set aside.

SCHAEFER, Respondent, v. SCHAEFER, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Edmund Schaefer against George F. Schaefer. No opinion. Judgment affirmed, with costs.

In re SCHENECTADY RY. CO. (Supreme Court, Appellate Division, Third Department. March 11, 1902.) In the matter of the application of the Schenectady Railway Company for the appointment of three commissioners to determine whether an extension or branch of its railroad ought to be constructed and operated, etc., in the town of Glenville, Schenectady county. No opinion. Application granted. Hon. Samuel Edwards, Jeremiah Day, of Catskill, N. Y., and Peter Walker, of Dunsville, N. Y., appointed commissioners.

SCHLESINGER, Appellant, v. JUD, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Samuel Schlesinger against Joseph Jud. No opinion. Judgment of the municipal court affirmed, with costs.

SCHLUCHTNER, Respondent, v. STERNGLANZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Frederick Schluchtner against Jacob Sternglanz and another. No opinion. Judgment of the municipal court affirmed, with costs.

SCHIECK v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Christian Schieck, Jr., against the Metropolitan Street Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed. The verdict was for $5,406.78, and the doctor's bill was $3,000. T. H. Lord, for appellant. Ernest Hall, for respondent.

PER CURIAM. We are of the opinion that this judgment could have been affirmed, without an opinion, as the damages were in no way excessive, and there is nothing in the case which needs discussion. were it not for the enormous bill, sworn to by one of the physicians who treated the plaintiff, which we cannot allow to pass without criticism. It might be claimed that a simple affirmance of the judgment, we holding that the damages were not excessive,

was in some respects an indorsement of the grossly excessive charges made by this physician. It is very evident from the nature of their verdict that the jury in no way intended to countenance such exorbitant charges, as they would be leaving almost nothing to the plaintiff for the serious injuries which he sustained, if such charges were to be deducted from the amount of their verdict. The judgment and order should be affirmed, with costs.

SCHKOLNIK v. FEY. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Isaac Schkolnik against Jacob Fey. No opinion. Motion granted, with $10 costs.

SCHWAB, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Jessie Schwab against the city of New York. C. Goldzier, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs.

SCHWARTZ, Appellant, v. BUFFALO RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Joseph Schwartz against the Buffalo Railway Company. No opinion. Judgment affirmed, with costs.

SCHWARZSCHILD & SULZBERGER BEEF CO., Respondent, v. WINNEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by the Schwarzschild & Sulzberger Beef Company against Hiram R. Winney. No opinion. Judgment and order affirmed, with costs.

SECOND NAT. BANK OF UTICA, N. Y., Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by the Second National Bank of Utica, N. Y., against Solomon A. Campbell. No opinion. Order affirmed, with $10 costs and disbursements.

In re SEWARD PARK. (Supreme Court, Appellate Division, First Department. March 14, 1902.) In the matter of Seward Park. No opinion. Motion for reference granted.

SHELDERBERG, Appellant, v. VILLAGE OF TONAWANDA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Mary Shelderberg against the village of Tonawanda. No opinion. Judgment and order affirmed, with costs. All concur, except HISCOCK and DAVY, JJ., dissenting upon the ground that the evidence warranted the submission to the jury of the questions of defendant's negligence and plaintiff's freedom from contributory negligence.

SHERMAN, Respondent, v. CORN, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Herbert A. Sherman against Henry Corn. No opinion. Judgment affirmed, with costs.